[No. 30573-5-I.   Division One.   February 22, 1993.]

MARY ANNE BLAIR, ET AL, *Appellants*, v. DENNIS
KENNETH MCCLINTOCK, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-17709-2, Marsha J. Pechman, J., entered
March 27, 1992. *Affirmed* by unpublished per curiam opin-
ion.

[No. 30584-1-I.   Division One.   February 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
HAROLD HARVEST, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-8-06586-3, Peter K. Steere, J., entered April 2,
1992. *Affirmed* by unpublished per curiam opinion.

[No. 29258-7-I.   Division One.   February 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
LEE WEBER, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-00497-4, James A. Noe, J., entered Sep-
tember 4, 1991. *Dismissed* by unpublished per curiam opin-
ion.

[No. 14900-1-II.   Division Two.   February 22, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA
T. ENSLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 90-1-00283-0, David E. Foscue, J., entered
April 15, 1991. *Affirmed* by unpublished opinion per Alex-
ander, C.J., concurred in by Petrich and Seinfeld, JJ.